[No. 4614–1. Division One. January 23, 1978.]

EDWARD S. DURBIN, ET AL, *Respondents,* v. M & M GRAPHICS, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 805600, Charles R. Denney, J. Pro Tem.,

entered June 1, 1976. *Affirmed* by unpublished per curiam opinion.